## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TONY JEROME HENRY,

    Petitioner,

v.                                          CASE NO. 8:10-CV-802-T-30MAP
                                           CRIM. CASE NO. 8:06-CR-314-T-30MAP

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER

      Before the Court is Petitioner's "Request to Proceed In Forma Pauperis Certificate of Appealability (Under Leave of Court)" (CV Dkts. 19, 20). "A certificate of appealability may issue...only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, Petitioner "must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong," *Tennard v. Dretke*, 542 U.S. 274, 282 (2004) (quoting *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)), or that "the issues presented were 'adequate to deserve encouragement to proceed further.'" *Miller-El v. Cockrell*, 537 U.S. 322, 335-36 (2003) (quoting *Barefoot v. Estelle*, 463 U.S. 880, 893 n. 4 (1983)).

      When the Court denied Petitioner's 28 U.S.C. § 2255 motion, it also determined that Petitioner was not entitled to a certificate of appealability, and not entitled to proceed on

appeal *in forma pauperis* (see Dkt. 15 at pgs. 10-11). Nothing in Petitioner's application for a certificate of appealability convinces the Court that Petitioner has made a substantial showing of the denial of a constitutional right.

Accordingly, the Court **ORDERS** that Petitioner's "Request to Proceed In Forma Pauperis Certificate of Appealability (Under Leave of Court)" (CV Dkts. 19, 20) is **DENIED**.

**DONE** and **ORDERED** in Tampa, Florida on November 29, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
Copy to: Petitioner *pro se*
         Counsel of Record